```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 45659
   NICOLE E WESTON
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3297


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/13/2004 and was confirmed 02/23/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  20.08% from remaining funds.

     The case was paid in full 04/21/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------------
NATIONWIDE ACCEPTANCE~      UNSECURED        1104.06          .00         221.72
BARNETTS                    UNSECURED       NOT FILED         .00            .00
BURLINGTON COAT FACTORY     UNSECURED       NOT FILED         .00            .00
BURLINGTON COAT FACTORY     NOTICE ONLY     NOT FILED         .00            .00
CAPITAL ONE BANK            UNSECURED       NOT FILED         .00            .00
CARSON PIRIE SCOTT          UNSECURED       NOT FILED         .00            .00
CARSON PIRIE SCOTT          NOTICE ONLY     NOT FILED         .00            .00
CHARTER ONE BANK            UNSECURED       NOT FILED         .00            .00
CHARTER ONE BANK            NOTICE ONLY     NOT FILED         .00            .00
CITY OF CHICAGO PARKING     UNSECURED OTH    200.00           .00          40.17
DERMATOLOGY                 UNSECURED       NOT FILED         .00            .00
FASHION CENTS               UNSECURED       NOT FILED         .00            .00
GUARANTY BANK               UNSECURED       NOT FILED         .00            .00
MARSHALL FIELDS             UNSECURED         742.40          .00         149.09
MARSHALL FIELDS             NOTICE ONLY     NOT FILED         .00            .00
MARSHALL FIELDS             NOTICE ONLY     NOT FILED         .00            .00
MCI RESIDENTIAL SERVICES    UNSECURED       NOT FILED         .00            .00
MCI                         NOTICE ONLY     NOT FILED         .00            .00
PAYLESS SHOE SOURCE         UNSECURED       NOT FILED         .00            .00
PAYLESS SHOE SOURCE         NOTICE ONLY     NOT FILED         .00            .00
PLAZA FINANCE               UNSECURED         558.73          .00         112.20
PLAZA FINANCE               UNSECURED         456.59          .00          91.69
TJ MAXX                     UNSECURED       NOT FILED         .00            .00
TJ MAXX                     UNSECURED       NOT FILED         .00            .00
TJ MAXX                     UNSECURED       NOT FILED         .00            .00
TRIAD FINANCIAL             UNSECURED        8699.19          .00        1746.97
VALUE CITY                  UNSECURED       NOT FILED         .00            .00
VALUE CITY                  NOTICE ONLY     NOT FILED         .00            .00
VALUE CITY                  UNSECURED       NOT FILED         .00            .00
VALUE CITY                  NOTICE ONLY     NOT FILED         .00            .00
VALUE CITY DEPT STORE       UNSECURED       NOT FILED         .00            .00
VALUE CITY                  UNSECURED       NOT FILED         .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 45659 NICOLE E WESTON
```

```
ZALUTSKY & PINSKI LTD     REIMBURSEMENT    194.00              .00         194.00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY    2,200.00                        2,200.00
TOM VAUGHN                TRUSTEE                                          284.16
DEBTOR REFUND             REFUND                                            95.00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    5,135.00

PRIORITY                                          194.00
SECURED                                              .00
UNSECURED                                        2,361.84
ADMINISTRATIVE                                   2,200.00
TRUSTEE COMPENSATION                               284.16
DEBTOR REFUND                                       95.00
                         ---------------    ---------------
TOTALS                     5,135.00             5,135.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 08/21/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE